UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-159 |
| | ) | |
| GENEVA BUSSELL, | ) | (VARLAN/SHIRLEY) |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter came before the undersigned for a competency hearing on September 28, 2011. Assistant United States Attorney Alexandra Hui appeared as counsel for the Government. Attorney Tommy K. Hindman represented the Defendant, who was also present. The Defendant offered into evidence the seven (7) page forensic report by James F. Murray, Ph.D., forensic psychologist, and the five (5) page neuropsychological consultation report from D. Michael Spica, Ph.D., clinical psychologist, both from Knoxville, Tennessee. The reports were made sealed exhibits to the hearing. Neither the Government nor the Defendant sought to offer any other evidence for the Court to consider on the issue of the Defendant's competency. Moreover, the Defendant stipulated to the forensic reports.

Pursuant to 18 U.S.C. § 4241(d), the reports conclude, and for the reasons in attached sealed **Exhibit A**, the Court so finds by a preponderance of the evidence, that Defendant Bussell is able to understand the nature and consequences of the charges and proceedings against her and to assist properly in the defense of the charges brought against her in this case.

1

Accordingly, the Court finds that the Defendant is **COMPETENT** to stand trial. The Court makes no ruling with regard to whether the Defendant was sane at the time of the alleged offenses. Neither party objected to the findings of the Court. All dates and deadlines in this case shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

<u>  s/ C. Clifford Shirley, Jr.  </u>
United States Magistrate Judge

2

Case 3:10-cr-00159-TAV-CCS   Document 340   Filed 10/03/11   Page 2 of 2   PageID #: 2529